## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Jennifer Nixon<br><br>Plaintiff,<br><br>v.<br><br>Northstar Location Services, LLC<br><br>Defendant. | Case No. 2:14-cv-00157-JLG-NMK<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:    /s/ Jeffrey S. Hyslip
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    917 W. 18th Street
    Suite 200
    Chicago, IL  60608

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2014, I electronically filed the foregoing Notice.  Service of this filing will be made by the Plaintiff's Counsel upon the following:

Linda M. Leising
Chief Compliance Officer
The Northstar Companies
4285 Genesee Street
Cheektowaga, NY  14225

                                                  /s/ Jeffrey Hyslip